WR 50,350-02,03,06

Dear Mr. Acosta                    11-16-15

I've written to you in the past requesting a docket
sheet which would show all my prior filing of my
past 11.07's under cause # 779737. This cause number
was left out of my first letter. So I'm adding it to this one.
Thank You For Your Generous Help In This Matter.

                              Sincerely,
                              s/Robert mitchell Alexander
                              Robert mitchell Alexander
                              TDCJ-ID 830440
                              Mark W. Stiles Unit
                              3060 FM 3514
                              Beaumont, Texas 77705-763860

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 23 2015

Abel Acosta, Clerk